# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEWIS WIMBERLY, <br> Petitioner, <br> v. <br> J. GASTELO, Warden, <br> Respondent. | Case No. CV 17-8447 MRW <br> **JUDGMENT** |

IT IS ADJUDGED that the motion to dismiss the action as untimely is granted and this action is dismissed with prejudice.

Dated: August 13, 2018

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE